## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 130 EAL 2018

          Respondent    :

                              :   Petition for Allowance of Appeal from
                              :   the **Unpublished Memorandum and**
            v.                  :   **Order** of the Superior Court at No.
                              :   431 EDA 2016 entered on February
                              :   23, 2018, **quashing** the Order of the
THOMAS TINSLEY,               :   Philadelphia County Court of Common
                              :   Pleas at No. CP-51-CR-0011849-
          Petitioner      :   2013 entered on January 21, 2016

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to the Superior Court for further consideration in light of our decision in *Commonwealth v. Perfetto*, ___A.3d ___, 2019 WL 1866653 (Pa. April 26, 2019).